NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: MIRIAM LEWENSZTAIN, LIOR SOLOMON LEWENSZTAIN, THAT'S IT NUTRITION, LLC,
*Appellants*

---

2019-1014

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/255,344.

---

## JUDGMENT

---

THOMAS IGOR ROZSA and ZSOFIA NEMETH, Rozsa Law Group LC, Tarzana, CA, argued for appellants.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, AMY J. NELSON, MEREDITH HOPE SCHOENFELD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2019                /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court